FILED
CLERK, U.S. DISTRICT COURT

JUN 17 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   Case No. 2:11-cr-00016-GW
                               )
                Plaintiff,     )   ORDER OF DETENTION AFTER HEARING
                               )   (Fed.R.Crim.P. 32.1(a)(6)
          v.                   )       18 U.S.C. § 3143(a)
                               )   Allegations of Violations of
Jose Dominguez-Garcia          )   Probation/Supervised Release
                               )              Conditions)
                Defendant.     )
_____)

        On arrest warrant issued by the United States District Court for

the _____CDCA_____ involving alleged violations of

conditions of probation/supervised release:

        1.    The court finds that no condition or combination of

              conditions will reasonably assure:

              A.    (✓) the appearance of defendant as required; and/or

              B.    (✓) the safety of any person or the community.

///

///

///

///

///

2.   The Court concludes:

A.   ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.   Defendant poses a risk to the safety of other persons or the community based on:

criminal history

B.   ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.   Defendant poses a flight risk based on: illegal status ; multiple illegal reentries ; criminal history

IT IS ORDERED that defendant be detained.

DATED:   6/17/16

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2